IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FOREIGN TRADE COUNCIL,<br><br>Plaintiff,<br><br>-v.-<br><br>STEPHEN P. CROSBY, in his official capacity as Secretary of Administration and Finance of the Commonwealth of Massachusetts, and PHILMORE ANDERSON, III, in his official capacity as State Purchasing Agent for the Commonwealth of Massachusetts,<br><br>Defendants. | C.A. No. 98-CV-10757 (JLT) |

### AGREED JUDGMENT CONCERNING ATTORNEYS' FEES

All parties having agreed to resolve plaintiff's pending motion for attorneys' fees, legal professionals' fees, and expenses on the following terms, the Court hereby ORDERS as follows:

1. Defendants, in their official capacities, shall pay to plaintiff, National Foreign Trade Council ("NFTC") $450,000 in full satisfaction of the NFTC's claim for attorneys' fees, legal professional fees, and expenses incurred by the NFTC in this action, including proceedings in this Court, the United States Court of Appeals for the First Circuit, and the Supreme Court of the United States, and including fees and expenses incurred by the NFTC in filing and pursuing its Motion for Attorneys' Fees filed in this Court on July 28, 2000.

2. If defendants pay the above sum to plaintiff on or before December 1, 2000, defendants are not required to pay interest on this Judgment. If defendants do not pay the above sum to plaintiff in full by December 1, 2000, then defendants shall, in addition to the above sum, pay interest on this sum at the statutory rate provided in 28 U.S.C. § 1961, which interest shall run from the date of this Judgment.

3.     Neither this Judgment, nor any document filed in this case, nor any correspondence between counsel in this case, may be used to establish (1) a "reasonable" hourly rate for plaintiff's counsel or (2) the compensability, lack of compensability, or rate of compensability of any legal service or activity performed by plaintiff's counsel, in connection with any other request for attorneys' fees and expenses made in any other case against the Commonwealth of Massachusetts or its agencies or officials.

| | |
|---|---|
| NATIONAL FOREIGN TRADE COUNCIL | STEPHEN CROSBY,<br>SECRETARY OF ADMINISTRATION<br>AND FINANCE<br><br>PHILMORE ANDERSON, III<br>STATE PURCHASING AGENT |
| By its attorneys, | By their attorneys,<br><br>THOMAS F. REILLY<br>ATTORNEY GENERAL |
| *[signature]*<br>Gregory A. Castanias<br>Jack W. Campbell IV<br>Jones, Day, Reavis & Pogue<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001-2113<br>(202) 879-3939 | *[signature]*<br>Thomas A. Barnico<br>James A. Sweeney<br>Assistant Attorneys General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200, ext. 2086 |

Dated: October 17, 2000


SO ORDERED and entered as a judgment:

*[signature] 10/18/00*

Joseph L. Tauro
Judge
United States District Court for the
 District of Massachusetts

Dated: October 18, 2000